SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
CHARLES S. DONOVAN, Cal. Bar No. 103667
BRIAN R. BLACKMAN, Cal. Bar. No. 196996
BRENNA E. MOORHEAD, Cal. Bar No. 233425
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone: 415-434-9100
Facsimile: 415-434-3947
Email: cdonovan@sheppardmullin.com
       bblackman@sheppardmullin.com
       bmoorhead@sheppardmullin.com

Attorneys for Plaintiff APL Co. Pte. Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APL CO. PTE. LTD., <br><br> Plaintiff, <br><br> v. <br><br> VALLEY FORGE INSURANCE COMPANY, <br><br> Defendant. | No. 3:09-cv-05641-MHP <br><br> **STIPULATION AND ORDER RE HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** <br><br> Date: March 15, 2010 <br> Time: 2:00 p.m. <br> Courtroom: 15, Honorable Marilyn Hall Patel |

Plaintiff and defendant stipulate:

1. The hearing on plaintiff's motion for summary judgment, originally noticed for hearing on February 1, 2010, shall instead take place on March 15, 2010;

2. Plaintiff is not required to re-file its moving papers in connection with that motion;

3. Opposition and reply dates shall follow the Local Rules;

4. This change in date does not affect the rights and defenses of the parties.

Dated: January 13, 2010

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By /s/ _____
CHARLES S. DONOVAN
BRIAN R. BLACKMAN
Attorneys for Plaintiff APL Co. Pte. Ltd.

Dated: January 11, 2010

DUANE MORRIS LLP

By /s/ _____
YVETTE D. ROLAND
Attorneys for Defendant Valley Forge Insurance Co.

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 1/15/10

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA